IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID KREZINSKI,

     Plaintiff,

v.

KAREN BUTLER,
ADVANCE MEDICAL SERVICES,
THOMAS REICHERT,
MELISSA SIMCAKOWSKI, and
SUSANNA KNAPP,

     Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-298-wmc

---

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff David Krezinski's failure to prosecute it.

| /s/ | 12/08/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |